United States District Court
WESTERN DISTRICT OF NEW YORK

JORGE HUMBERTO ALVAREZ ORTIZ

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:25-cv-00960

v.

NOEM et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted.

Date: December 17, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Tatiana
Deputy Clerk